09/19/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*held 11/2 hour*

Status & Settlement Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125-Annex

October 22, 2003

11:00 a.m.

CASE NO.   3-02-cv-1747 Easco Hand Tools Inc v Hu
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| David A. Ball | Cohen & Wolf, P.C., 1115 Broad St., Po Box 1821, Bridgeport, CT 203-368-0211 |
| Matthew J. Becker | Day, Berry & Howard, Cityplace, Hartford, CT 860-275-0100 |
| Michael F. Heim | Conley Rose, 600 Travis St. Suite 7100, Houston, TX 713-238-8000 |
| Natasha Marie Lipcan | Day, Berry & Howard, One Canterbury Green, Stamford, CT 203-977-7300 |
| Jonathan M. Pierce | Conley Rose, 600 Travis St. Suite 7100, Houston, TX 713-238-8000 |
| David B. Zabel | Cohen & Wolf, P.C., 1115 Broad St., Po Box 1821, Bridgeport, CT 203-368-0211 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK