UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION | : CIVIL ACTION NO. 3:02 CV1747 (AVC) |
| Plaintiffs, | |
| vs. | |
| HU, HOU-FEI a/k/a BOBBY HU | |
| Defendant. | : SEPTEMBER 22, 2003 |



### PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT

Pursuant to Rule 15(c) of the Federal Rules of Civil Procedure, Plaintiffs, Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation (collectively the "Plaintiffs"), respectfully moves for permission to amend their Complaint by adding the following additional count: Count Three Declaratory Judgment – Patent Unenforceability. (See Amended Complaint, attached hereto as Exhibit A).

Rule 15 states that leave to amend should be "freely given when justice so requires." Fed. R. Civ. P. 15(a). See also Foman v. Davis, 371 U.S. 178, 182 (1962) (noting that in the absence of undue delay, bad faith, dilatory motives or undue prejudice to the opposing party, the leave sought should be given.) In the instant action, justice requires granting Plaintiffs' Motion for Leave to Amend as facts supporting the additional Count were discovered as a result of

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY NOT REQUIRED**

*[Margin annotation: There being no objection, the motion is GRANTED. Alfred V. Covello, U.S.D.J. October 21, 2003. SO ORDERED.]*