$25 p.l

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

EASCO HAND TOOLS, INC.,                 :  CIVIL ACTION NO. 3:02 CV1747 (AVC)
ARMSTRONG TOOLS, INC.,                  :
KINGSLEY TOOLS, INC., LEA WAY           :
HAND TOOL CORPORATION and               :
MATCO TOOLS CORPORATION                 :

     Plaintiffs,                        :

                                :

vs.                                     :

HU, HOU-FEI a/k/a BOBBY HU              :

     Defendant.                         :  OCTOBER 17, 2003

### PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE
### OF JOHN T. GUTKOSKI

Matthew J. Becker, counsel to Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley

Tools, Inc., Lea Way Hand Tool Corporation and Matco Tools Corporation, and a member of the

Bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) of the Local Rules of Civil

Procedure for the District of Connecticut, for the admission of John T. Gutkoski, Esquire,

Counsel with the law firm of Day, Berry & Howard, LLP, 260 Franklin Street, Boston, MA

02110-3179, pro hac vice as counsel for the Plaintiff in association with the undersigned in the

above-captioned matter. The telephone number for Day, Berry & Howard, LLP is (617) 345-

4600 and the fax number is (617) 345-4745.

Attorney Gutkoski was admitted to the bar of the Commonwealth of Massachusetts and

the United States District Court for the District of Massachusetts in 1994. (Affidavit of John T.

Gutkoski, ¶ 2 (hereinafter "Gutkoski Aff. ¶ __.")) He is a member in good standing of all Bars

to which he has been admitted and has never been the subject of any disciplinary proceedings.

(Gutkoski Aff. ¶ 3.)

41450114_1.DOC 027421-00000
October 17, 2003 11:20 AM

Attorney Gutkoski has not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor does he have any grievances pending against him.  (Gutkoski Aff. ¶ 4.)

Attorney Gutkoski has not been denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and has not been denied admission or disciplined by any other Court. (Gutkoski Aff. ¶ 5.)

Attorney Gutkoski has an attorney-client relationship with the plaintiffs and is familiar with the facts of this case and has knowledge of the circumstances giving rise to this action. (Gutkoski Aff. ¶ 6.)

Attached to this Motion is a check in the amount of $25.00 for payment of the fee required by Rule 83.1(d) of the Local Rules of Civil Procedure for this District.

**PLAINTIFFS: EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION**

By: _____

Matthew J. Becker (ct10050)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT   06103-3499
Tel:    (860) 275-0100
Fax:    (860) 275-0343
mjbecker@dbh.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed on this 17th day of October, 2003, postage prepaid to:

J. Hoke Peacock III, Esq.  *(via first-class mail)*
Randall W. Wilson, Esq.
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Dana B. Zabel, Esq.  *(via first-class mail)*
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604

Jonathan Pierce, Esq.  *(via first-class  mail)*
Michael F. Heim, Esq.
Conley, Rose & Taylor, P.C.
600 Travis Street, Suite 7100
Houston, TX  77002

Matthew J. Becker

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

FILED

EASCO HAND TOOLS, INC.,  : CIVIL ACTION NO. 3:02 CV 1747 (AVC)
ARMSTRONG TOOLS, INC.,  :
KINGSLEY TOOLS, INC., LEA WAY : '03 OCT 17 P 2: 45
HAND TOOL CORPORATION and :
MATCO TOOLS CORPORATION : US DISTRICT COURT
          : HARTFORD CT
  Plaintiffs,     :
          :
vs.         :
          :
HU, HOU-FEI a/k/a BOBBY HU  :
          :
  Defendant.     : OCTOBER 15, 2003

## <u>AFFIDAVIT OF JOHN T. GUTKOSKI IN SUPPORT OF</u>
## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

  The undersigned, John T. Gutkoski, having been duly sworn under oath, hereby deposes

and says that:

  1.  I am Counsel with the law firm of Day, Berry & Howard LLP.

  2.  I am an attorney duly licensed to practice law in the Commonwealth of

Massachusetts and the United States District Court for the District of Massachusetts since 1994.

  3.  I am a member in good standing of all Bars to which I have been admitted and I

have never been the subject of any disciplinary proceedings.

  4.  I have not resigned nor been denied admission, reprimanded, suspended or

disbarred from the practice of law by this or any other court, nor do I have any grievances

pending against me.

  5.  I have not been denied admission nor been disciplined in accordance with Rule

83.2 of the Local Rules of Civil Procedure for this District and have not been denied admission

or disciplined by any other court.

6.    I have an attorney-client relationship with the plaintiffs and am familiar with the

facts of this case and have knowledge of the circumstances giving rise to this action.

John T. Gutkoski

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss;                                                    October 14, 2003

Then personally appeared before me the above-named John T. Gutkoski and
acknowledged the foregoing instrument to be his free act and deed, before me.

Notary Public:  Patricia L. Roworth
My Commission Expires:  2/7/2008