

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION | CIVIL ACTION NO. 3:02 CV1747 (AVC) |
| Plaintiffs, | |
| vs. | |
| HU, HOU-FEI a/k/a BOBBY HU | |
| Defendant. | OCTOBER 17, 2003 |

### PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE OF JOHN T. GUTKOSKI

Matthew J. Becker, counsel to Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation and Matco Tools Corporation, and a member of the Bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of John T. Gutkoski, Esquire, Counsel with the law firm of Day, Berry & Howard, LLP, 260 Franklin Street, Boston, MA 02110-3179, pro hac vice as counsel for the Plaintiff in association with the undersigned in the above-captioned matter. The telephone number for Day, Berry & Howard, LLP is (617) 345-4600 and the fax number is (617) 345-4745.

Attorney Gutkoski was admitted to the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts in 1994. (Affidavit of John T. Gutkoski, ¶2 (hereinafter "Gutkoski Aff. ¶ __.")) He is a member in good standing of all Bars to which he has been admitted and has never been the subject of any disciplinary proceedings. (Gutkoski Aff. ¶3.)

41450114_1.DOC 074421-00006
October 17, 2003 11:20 AM