UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION : Plaintiffs, vs. HU, HOU-FEI a/k/a BOBBY HU Defendant. | CIVIL ACTION NO. 3:02 CV1747 (AVC) OCTOBER 21, 2003 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTIONS TO BIFURCATE LIABILITY FROM DAMAGES AND WILLFULNESS AND TO STAY DISCOVERY**

Plaintiffs Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation and Matco Tools Corporation (collectively "Easco") respectfully submit this motion for leave to file a supplemental memorandum in further support of their Motions To Bifurcate Liability from Damages And Willfulness, in this and the companion case of *Easco Hand Tools, Inc., et al. v. Hu, Hou-Fei*, Civil Action 3:02 CV 1723 (AVC), in order to alert the Court to a potential change in the state of the law affecting these Motions and the necessity of bifurcation in these matters. The Supplemental Memorandum is attached hereto as Exhibit A.

GRANTED NUNC PRO TUNC.
Alfred V. Covello, U.S.D.J.

October 30, 2003.
SO ORDERED.