IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>　　　　　　　Defendant. | Civil Action No. 3:02 CV 1747 (AVC)<br><br><br><br><br><br><br><br>Filed: November 10, 2003 |

_____

# DEFENDANT'S FIRST AMENDED ANSWER
_____

Hou-Fei Hu ("Defendant"), Defendant in the above entitled and numbered cause, files this First Amended Answer ("Answer") to Plaintiffs' Amended Complaint ("Complaint") filed herein, and for same would respectfully show unto the Court as follows:

## PARTIES

1.　Defendant denies for lack of information the allegations of paragraph 1 of the Complaint.

2.　Defendant denies for lack of information the allegations of paragraph 2 of the Complaint.

3.　Defendant denies for lack of information the allegations of paragraph 3 of the Complaint.

4.　Defendant denies for lack of information the allegations of paragraph 4 of the Complaint.

113602.01/2186.00100

5. Defendant denies for lack of information the allegations of paragraph 5 of the Complaint.

6. Defendant denies the allegations of paragraph 6 of the Complaint. Defendant admits that he is a citizen of The Republic of China.

## JURISDICTION AND VENUE

7. Defendant admits Plaintiffs have filed this action for declaratory judgment of invalidity and non-infringement of a United States patent and that Plaintiff alleges jurisdiction of this Court arises under the Declaratory Judgment Act and under the laws of the United States concerning actions related to patents, Title 28, United States Code, Sections 1331 and 1338(a).

8. Defendant admits the allegations of paragraph 8 of the Complaint.

9. Defendant admits the allegations of paragraph 9 of the Complaint.

## COUNT ONE
## (DECLARATORY JUDGMENT – NONINFRINGEMENT)

10. Defendant admits the allegations of paragraph 10 of the Complaint.

11. Defendant denies for lack of information the allegations of paragraph 11 of the Complaint.

12. Defendant admits the allegations contained in the first sentence of paragraph 12 of the Complaint. Defendant denies for lack of information the allegations contained in the second sentence of paragraph 12 of the Complaint. Defendant admits the allegations contained in the third sentence of paragraph 12 of the Complaint.

13. Defendant denies the allegations of paragraph 13 of the Complaint.

## COUNT TWO
## (DECLARATORY JUDGMENT – PATENT INVALIDITY)

14. Defendant incorporates by reference paragraphs 10-13 of this Answer as if fully set forth herein.

15. Defendant denies the allegations of paragraph 15 of the Complaint.

## COUNT THREE
## (DECLARATORY JUDGMENT – PATENT UNENFORCEABILITY)

16. Defendant incorporates by reference paragraphs 10-15 of this Answer as if fully set forth herein.

17. Defendant denies the allegations of paragraph 17 of the Complaint, except that Defendant admits that an Opposition to Taiwanese Patent Application No. 89200570 was filed and the three references identified in paragraph 17 were cited in that Taiwanese Opposition.

## PRAYER

Defendant denies those allegations contained in the prayer of the Complaint.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiffs take nothing by this suit, that Defendant recover his costs herein expended, his reasonable attorneys fees, and that Defendant receive such other relief to which he is justly entitled.

Respectfully submitted,

DEFENDANT HOU-FEI HU

By:____/ S /_____
David B. Zabel, Esq.
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 337-4255
Facsimile: (203) 394-9901
E-mail: dzabel@cohenandwolf.com

                                               J. Hoke Peacock III  
                                               Federal Bar No. ct24230  
                                               SUSMAN GODFREY L.L.P.  
                                               1000 Louisiana Street, Suite 5100  
                                               Houston, Texas 77002-5096  
                                               Telephone:  (713) 651-9366  
                                               Facsimile:  (713) 653-7897  

OF COUNSEL:

Jonathan M. Pierce, Esq.  
Federal Bar No. ct24417  
Michael F. Heim, Esq.  
Federal Bar No. ct22416  
CONLEY ROSE, P.C.  
7100 JP Morgan Chase Tower  
Houston, Texas 77002-2912  
Telephone:  (713) 238-8000  
Facsimile:  (713) 238-8008

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of ***Defendant's First Amended Answer*** was delivered to all known counsel of record on the 10th day of November, 2003 via first class mail, postage prepaid and properly addressed, as follows:

Francis H. Morrison
Matthew J. Becker
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499

Mark C. Dukes
Lloyd G. Farr
Nelson Mullins Riley & Scarborough, LLP
Keenan Building, Third Floor
1330 Lady Street
P O Box 11070 (29211)
Columbia, SC 29201


                                              **/ S /**