IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>Defendant. | Civil Action No. 3:02 CV 1747 |

FILED
2003 NOV 21  P 2: 27
US DISTRICT COURT
HARTFORD CT

## NOTICE OF APPEARANCE

Please enter my appearance for the Plaintiffs Easco Hand Tools, Inc., Armstrong Tools Inc., Kingsley Tools Inc., Lea Way Hand Tool Corporation, and Matco Tool Corporation in the in the above-entitled matter.

John T. Gutkoski, (ct 17018)
*jtgutkoski@dbh.com*
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110
617-345-4609 (Direct)
617-34504745 (Fax)

November 18, 2003

51255127_1.DOC 027421-00000
November 18, 2003 5:04 PM

## CERTIFICATE OF SERVICE

    I, John T. Gutkoski hereby certify that I have this 18th day of November, served copies of the within Notice of Appearance on the following individuals by mailing copies thereof, First Class Mail, postage prepaid to:

J. Hoke Peacock, III, Esq.
Randall W. Wilson, Esq.
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Jonathan Pierce, Esq.
Michael F. Heim, Esq.
Conley, Rose & Taylor, P.C.
Chase Tower
600 Travis, Suite 700
Houston, TX 77002

David B. Zabel, Esq.
Cohen and Wolf, P.C.
115 Broad Street
Bridgeport, CT 06604

*/s/ John T. Gutkoski*
John T. Gutkoski