IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

EASCO HAND TOOLS, INC., )
ARMSTRONG TOOLS INC., KINGSLEY )
TOOLS INC., LEA WAY HAND TOOL )   Civil Action No. 302CV1747 (AVC)
CORPORATION AND MATCO TOOLS )
CORPORATION, )
            )
            )
       Plaintiffs, )
            )
    vs.     )
            )
HU, HOU-FEI, a/k/a BOBBY HU, )   July 15, 2003
            )
       Defendant. )
            )

### DEFENDANT MR. HU'S FIRST MOTION TO COMPEL DISCOVERY

Defendant, Hou-Fei Hu ("Mr. Hu"), files this Motion to Compel, together with a Memorandum in Support thereof, and a proposed Order. Mr. Hu respectfully requests that the Court order Plaintiffs to provide certain information responsive to Mr. Hu's First Set of Interrogatories ("Interrogatories") served on Plaintiffs.

Specifically, on January 28, 2003, Mr. Hu served his Interrogatories on Plaintiffs. Over five months later, Mr. Hu still awaits a reasonable response to Interrogatory No. 3 – directed to Plaintiffs' claim of invalidity. Without such responses, Mr. Hu cannot advance the defense of Plaintiffs' declaratory judgment allegations.

With respect to this Interrogatory, Plaintiffs have refused to provide a narrative response, instead resting on improper objections and improper citations to FRCP 33(d). The information

*ORAL ARGUMENT REQUESTED*

December 4, 2003  The motion is denied without prejudice to its refiling in the event there is a failure of compliance with respect to the scheduling order issued this day
SO ORDERED
Alfred V. Covello   USDJ