UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION | : CIVIL ACTION NO. 3:02 CV1747 (AVC) |
| Plaintiffs, | : |
| vs. | : |
| HU, HOU-FEI a/k/a BOBBY HU | : |
| Defendant. | : AUGUST 5, 2003 |

### MOTION TO COMPEL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 37, Plaintiffs, Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation (collectively the "Plaintiffs"), respectfully request that Defendant Hou-Fei Hu, a/k/a Bobby Hu ("Hu"), be compelled to respond to Plaintiffs' First Set of Interrogatories To Defendant, served on January 14, 2003. Further, as set forth in the accompanying affidavit of Matthew J. Becker, the parties have met and conferred in a good faith attempt to resolve their disputes but have been unable to achieve a satisfactory resolution.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

---

[Handwritten margin note, left side:] The motion is denied without prejudice to its refiling in the event there is a failure of compliance with respect to the scheduling order issued this day. SO ORDERED. December 4 2003. Alfred V. Covello U.S.D.J.