UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EASCO HAND TOOLS, INC.,
ARMSTRONG TOOLS, INC.,
KINGSLEY TOOLS, INC., LEA
WAY HAND TOOL CORPORATION
and MATCO TOOLS CORPORATION

    Vs.                                      CASE NO. 3:02CV01747 (AVC)
                                                      APPLIES TO THIS CASE ONLY

HU, HOU-FEI a/k/a BOBBY HU

## J U D G M E N T

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant having filed his motion to dismiss, and the Court, on November 12, 2004, having filed its endorsement order granting the motion dismissing the plaintiffs' declaratory judgment action and the defendant's counterclaim without prejudice; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiffs' complaint and the defendant's counterclaim, without prejudice.

Dated at Hartford, Connecticut, this 16th day of November, 2004.

                                                                       KEVIN F. ROWE, Clerk

                                                                       By    /s/ JW
                                                                                   Jo-Ann Walker
EOD: _____                                    Deputy Clerk