UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EASCO HAND TOOLS, INC.,
ARMSTRONG TOOLS, INC.,
KINGSLEY TOOLS, INC., LEA
WAY HAND TOOL CORPORATION
and MATCO TOOLS CORPORATION

    Vs.                           CASE NO. 3:02CV01747 (AVC)
                                      APPLIES TO THIS CASE ONLY

HU, HOU-FEI a/k/a BOBBY HU

## AMENDED JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant having filed his motion to dismiss, and the Court, on November 12, 2004, having filed its endorsement order granting the motion dismissing the plaintiffs' declaratory judgment action and the defendant's counterclaim without prejudice; and further

The plaintiffs having filed a motion to clarify and modify the judgment to provide that the defendant's counterclaims are dismissed with prejudice and plaintiffs' claims are dismissed without prejudice, and the Court, on November 23, 2004 having filed its endorsement granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiffs' complaint without prejudice and the defendant's counterclaim with prejudice.

Dated at Hartford, Connecticut, this 24th day of November, 2004.

                                                KEVIN F. ROWE, Clerk

                                                By  /s/ JW
                                                      Jo-Ann Walker
EOD: _____                                     Deputy Clerk